# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2544

_____

| | | |
|---|---|---|
| Anvarjon Zakirov; Fazilatkhon Kasimova; Abrorjon Akhmadjonov, | * * * | |
| Petitioners, | * * | |
| | * | Petition for Review of an |
| v. | * | Order of the |
| | * | Board of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General of the United States, | * * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: May 1, 2012
Filed: May 4, 2012

_____

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Uzbekistan citizens Anvarjon Zakirov, his wife Fazilatkhon Kasimova, and their son Abrorjon Akhmadjonov petition for review of an order of the Board of Immigration Appeals (BIA) denying their motion to reconsider an earlier decision. After careful review, we conclude that the BIA did not abuse its discretion in denying petitioners' motion. See Kipkemboi v. Holder, 587 F.3d 885, 890-91 (8th Cir. 2009) (standard of review). In addition, we find no merit to petitioners' due process argument. See Banat v. Holder, 557 F.3d 886, 893 (8th Cir. 2009) (applicant must

show that alleged due process error was prejudicial or had potential for affecting outcome).  Accordingly, we deny the petition for review.  <u>See</u> 8th Cir. R. 47B.

_____